# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

PHIL OTIS CROSS, SR.
ADC #132774                                                                                           PLAINTIFF

V.                                    5:08CV00061 SWW/JTR

CORRECTIONAL MEDICAL SERVICES, INC.,
and DR. ROLAND ANDERSON                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 22nd day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE